# SCHREIBER LAW OFFICE, LLC

6775 Cahill Avenue                                                                                                  Richard M. Schreiber, Attorney
P.O. Box 2273
Inver Grove Heights, MN 55076
Phone: (651) 554-0121
Fax: (651) 554-0122

February 20, 2015

U.S. Bankruptcy Court
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Yevgeniy Slipchenko
    Bky. No. 14-43211

Dear Clerk of Court,

      The debtor in the above-referenced bankruptcy has moved. The new address is 333 Oak Grove St. Apt. 205, Minneapolis, MN 55403. Thank you.

      Sincerely,

      /e/ Richard M. Schreiber

      Richard M. Schreiber